01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,                )
                                            )    CASE NO. CR12-062-RSL
09        Plaintiff,                        )
                                            )
10        v.                                )
                                            )    DETENTION ORDER
11 RAUL ANCHONDO,                           )
                                            )
12        Defendant.                        )
   _____ )

13

14 Offense charged:      Conspiracy to Distribute Heroin and Methamphetamine

15 Date of Detention Hearing:    April 17, 2012.

16        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22        1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

01 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

02 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

03     2.     Defendant resides in Arizona and is a U.S. citizen.   He has a history of frequent

04 travel to Mexico and has family ties in that country.   He has no ties to this District.

05     3.     Defendant is alleged to have been connected to the stashhouse for firearms and

06 drug in Arizona, and to be one of the persons responsible for transporting the firearms and drugs

07 between Washington and Arizona.

08     4.     Taken as a whole, the record does not effectively rebut the presumption that no

09 condition or combination of conditions will reasonably assure the appearance of the defendant

10 as required and the safety of the community.

11 It is therefore ORDERED:

12   1. Defendant shall be detained pending trial and committed to the custody of the Attorney

13      General for confinement in a correction facility separate, to the extent practicable, from

14      persons awaiting or serving sentences or being held in custody pending appeal;

15   2. Defendant shall be afforded reasonable opportunity for private consultation with

16      counsel;

17   3. On order of the United States or on request of an attorney for the Government, the

18      person in charge of the corrections facility in which defendant is confined shall deliver

19      the defendant to a United States Marshal for the purpose of an appearance in connection

20      with a court proceeding; and

21   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

22      for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

01    Officer.

02    DATED this 17th day of April, 2012.

03

04    _____
      Mary Alice Theiler
05    United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3